12-15-00200-CV

Twelfth Court of Appeal Clerk
Mrs. Cathy S. Lusk
1517 West Front Street Suit 354
Tyler, Texas 75702

August 7, 2015

Dear Mrs. Lusk

Enclosed is Forma Pauperis for this
Appeal. on Page 2
    Also Enclosed is notice of Appeal on
Page 3
    And Enclosed is Ammended Petition on
Page 4 The date of November 5, 2014
    I ammeded Petition no Cause #14-CV-32,860
On November 5, 2014 it is my Understanding that
a Petition Can be Ammended as a Mater of law
which I did and I should not be for to do
Otherwise

    Please bring this before the Judges of your
Court and advise me at the below address as
soon as Possible at the below address

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 10 2015
elKm
TYLER TEXAS
CATHY S. LUSK, CLERK

Thank You
William Robert Parker
#325353 Powledge Unit
1400 - FM-3452
Palestine Texas 75803

Page One
Original

Cause # 14-CV-32,860

William Robert Parker
For La Faye Parker
Vs
Jessica Danielle Parker Etal

In the 123rd
Judicial District Court
Shelby County Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 10 2015
TYLER TEXAS
CATHY S. LUSK, CLERK
elkm

Notice of Appeal with attachments

To The Honorable Judge of Said Court Now Comes
William Robert Parker For La Faye Parker and gives
Notice of Appeal in Cause # 14-CV-32,860

Delectiation

I William Robert Parker state by Delectiation
Notice of Appeal is given this 6 day of August 2015
by my signature of William Robert Parker

Signature
William Robert Parker

Certificate of Service

I William Robert Parker Certify that Notice of
Appeal in Cause # 14-CV-32,860 is Mailed by
regular Mail two Lori Oliver in Cause # 14-CV-32,860
on this the 6 day of August 2015 by my signature
William Robert Parker at Lori Oliver 200 San Augustine
Street Center, Texas 75935

Signature
William Robert Parker

Page 3
Duplicate

In The 123rd Judicial District
Court of Shelby County Texas

William Robert Parker
For La Faye Parker                    Cause # 14-CV-32,860
       V.S.
Jessica Danielle Parker Etal

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 10 2015
TYLER TEXAS
CATHY S. LUSK CLERK

Ammended Petition

To The Honorable District Clerk Lori Oliver Now
Comes William Robert Parker and Ammends Petition
No 14-CV-32,860 in A whole for the Fileing the of
Deledration I William Robert Parker stately Deledration
That Ammended Petition Cause # 14-CV-32,860 is
true and Correct on this the Fith Day of November
2014 by My Signature of William Robert Parker

                                        Signature
Certificet of Service                  William Robert Parker

       I William Robert Parker State my Deledration That
Ammended Petition is Mailed to Lori Oliver District Clerk
200 San Augustine Street Center Texas 75935 for Service
On Defendant 1. Jessica Danielle Parker 2525 Shiloh Rd
#310 Tyler, Texas 75703 2.) Nacogdoches Memorial Hospille
1204 Mounds Street Nacogdoches, Texas 75961 3.) The
Walerston 2875 Shiloh Rd Tyler, Texas 75703 In
Cause # 14-CV-32,860 on This the Fith Day of November
2014 by My signature of William Robert Parker

                                        Signature
                                       William Robert Parker

Page 4

Duplicate